NO. 07-11-0076-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

MAY 19, 2011

_____

CHERYL R. CROFT AND ALL OTHER OCCUPANTS OF
10418 EASTERN HILL COURT, ROWLETT, TEXAS  75089,

Appellant

V.

HSBC BANK USA, NA., AS TRUSTEE FOR THE REGISTERED
HOLDERS OF RENAISSANCE EQUITY LOAN ASSET-BACKED
CERTIFICATES, SERIES 2007-3,

Appellee

_____

FROM THE COUNTY COURT AT LAW NO. 3 OF DALLAS COUNTY;

NO. CC-10-06388-C; HONORABLE SALLY MONTGOMERY, PRESIDING

_____

*Memorandum Opinion*

_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Cheryl R. Croft (appellant) filed a notice of appeal on December 8, 2010.  We

dismiss the appeal.  The clerk's record was filed with this court on March 29, 2011.  No

reporter's record was taken.  Appellant's brief was due on April 28, 2011.  No brief was

filed by that date, so the Court notified appellant on May 6, 2011, that the due date for

the brief had lapsed, that the brief had not been filed, and that if it was not received by

May 16, 2011, the appeal would be dismissed for want of prosecution. To date, no brief or motion to extend the deadline has been filed. Nor has the court received any explanation for the omission.

Accordingly, we dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1); 42.3(b).

Per Curiam